# United States Court of Appeals for the Federal Circuit

---

October 5, 2010

## ERRATA

---

Appeal No. 2009-1370

**IN RE CHIPPENDALES USA, INC.**

Decided:  October 1, 2010
Precedential Opinion

---

Please make the following corrections:

Page 19, line 1, change "audience" to "audiences."

Page 19, line 3, change "are entirely different" to "is entirely different."